UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 09-926 (WHW) |
| ROSA BLAKE | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Rosa Blake (by K. Anthony Thomas, Esq., AFPD), for an order granting a continuance of the proceedings in this matter;

IT IS ORDERED that the period from the date of this Order through and including October 31, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are engaged in preliminary discussions concerning entering into a plea agreement, and defendant Blake desires additional time to review discovery, and both the United States and defendant Blake seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) defendant Blake has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and

defendant Blake in a speedy trial.

HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

K. ANTHONY THOMAS, ESQ.
Counsel for defendant Blake

ZACH INTRATER
Assistant U.S. Attorney