Case 2:09-cr-00926-WHW  Document 21  Filed 04/28/11  Page 1 of 3 PageID: 73
Fax from : 7325283399                                    04-25-11 08:39a   Pg: 2
Fax sent by :

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-926 |
| ROSA BLAKE | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Zach Intrater, Assistant U.S. Attorney, appearing), and defendant Rosa Blake (Cathy Waldor, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous amount of discovery, that defense counsel requires adequate time to review;

(2) Defense counsel is new to the case, and has only been retained recently;

(3) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(4) Plea negotiations are anticipated to begin soon, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of April, 2011,

ORDERED that this action be, and hereby is, continued until October 31, 2011; and it is further

-2-

Fax sent by :                                                04-21-11 02:52p

ORDERED that the period from the date of this order through October 31, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Hon. William H. Walls
United States District Judge

Form and entry
consented to:

_____
Zach Intrater
Assistant U.S. Attorney

_____
Cathy Waldor, Esq.
Counsel for defendant Rosa Blake

-3-